**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RAYMOND MARK KENT, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 06-52 Erie |
| DISTRICT ATTORNEY OF ERIE COUNTY, *et al.*, | ) |
| Respondents. | ) |

**O R D E R**

AND NOW, this 21st day of May, 2007, upon consideration of the Petitioner's objections to the Magistrate Judges Report and Recommendation (Document No. 32)

IT IS HEREBY ORDERED that the previous order entered on May 16, 2007 hereby stands.

    s/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: parties of record. nk